AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Case: 1:13-mj-0722
Assigned To : Magistrate Judge John M. Facciola
Assign. Date : 9/24/2013
Description: Arrest Warrant Removal

United States of America
v.

Brenda Kay Wilson-Taylor
*Defendant*

Case No. 11-1923M

## ARREST WARRANT

**FILED**
**SEP 24 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Brenda Kay Wilson-Taylor**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation of probation

Date: February 16, 2012

*By: Deputy Clerk*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* Feb 17, 2011, and the person was arrested on *(date)* 9-24-13
at *(city and state)* Washington, DC

Date: 9-24-13

*Arresting officer's signature*

*Printed name and title*